

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc.<br><br>**Plaintiff,**<br>V.<br><br>Michael E. Cusi, Raquel Regno, Raymond Regno, and CGC Brazilian Jiu Jitsu, Inc.<br><br>**Defendant.** | Civil Action No. 13cv0935-MMA-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Court grants Defendants' motion for summary judgment as to Plaintiff's federal claims, denies Plaintiff's cross motion for summary judgment, and declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Accordingly, this order disposes of all claims and concludes the litigation in the matter.

Date:   5/14/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ V. Mosqueda

V. Mosqueda, Deputy